IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | Criminal No 4:17-CR-65 ALM |
| | § | |
| CLIFFTON EARL-SHANE JONES | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATON
## OF UNITED STATES MAGISTRATE JUDGE

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency for trial. The parties have not filed objections to the Report.

Having conducted an independent review, the Court concludes that Defendant is competent to stand trial because Defendant is able to understand the nature and consequences of the proceedings against him.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that Defendant, Cliffton Earl-Shane Jones, is competent. The speedy trial time is excluded from June 23, 2017, until the date of this Order.

**SIGNED this 25th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE