IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No 4:17-CR-65 ALM |
| | § | |
| CLIFFTON EARL-SHANE JONES | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATON OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 25, 2017, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss with Prejudice (Dkt. 50) and Motion to Quash Indictment (Dkt. 53), should be denied.

The Court, having made a *de novo* review of Defendants' objections (Dkt. 81), is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Defendant's Motion to Dismiss with prejudice (Dkt. 50) and Motion to Quash Indictment (Dkt. 53) are **DENIED**.

**SIGNED this 12th day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE