# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § § | No. 4:17-cr-65 (Judge Mazzant/Judge Johnson) |
| CLIFFTON EARL-SHANE JONES. | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 8, 2017, the report of the Magistrate Judge (Dkt. #101) was entered containing proposed findings of fact and recommendations that Defendant Cliffton Earl-Shane Jones' Motion to Suppress (Dkt. #88) be **DENIED**.

Defendant filed an objection to the report (Dkt. #120). The Court has made a *de novo* review of the objection and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objection is without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

Defendant complains that his mother, Teresa Jones ("Ms. Jones"), did not provide consent for officers to enter the house. However, the testimony of both officers, combined with the videotape showing the officers' communications with Ms. Jones at her house, as well as the testimony of Ms. Jones herself, confirm that consent was given to enter the house. Thus, the Court finds no error in the Magistrate Judge's finding, and Defendant's objection is overruled.

Accordingly, Defendant's Motion to Suppress (Dkt. #88) is hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 22nd day of November, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE